**SECOND DIVISION
MERCIER, C. J.,
HODGES and DAVIS, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules**

**March 21, 2025**

# In the Court of Appeals of Georgia

A23A0746. WALTON ELECTRIC MEMBERSHIP CORPORATION et al. v. GEORGIA POWER COMPANY.

DAVIS, Judge.

In *Walton Elec. Membership Corp. v. Ga. Power Co.*, 369 Ga. App. 461 (893 SE2d 852) (2023), this Court affirmed the trial court's decision reversing the decision of the Public Service Commission in this dispute over the provision of electrical services. In *Walton Elec. Membership Corp. v. Ga. Power Co.*, Case Nos. S24G0314, S24G0318, ____ Ga. ____ (____ SE2d ____) (Decided Jan. 28, 2025), the Supreme Court of Georgia reversed the judgment of this Court and concluded that the Commission acted within its discretion in determining that the factory at issue here was "destroyed or dismantled" and was not "reconstructed . . . in substantial kind" as contemplated by OCGA § 46-3-8 (b). We therefore vacate our prior opinion, adopt the Supreme

Court's opinion as our own, and reverse the trial court's order reversing the Commission's decision.

*Judgment reversed. Mercier, C. J., and Hodges, J., concur.*